Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT
for the
District of
Division

**FILED**
02/22/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

CARMEN GREEN

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

VAN AUSDALL & FARRAR, INC, GUILLERMO FERNADEZ, LESLIE STEVENS, LISA CLARK, CHERYL CABRERA, MALIA

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No.   1:23-cv-00328-RLY-MG
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☐ Yes  ☒ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: CARMEN GREEN
   Street Address: 10254 TOLL HOUSE WAY
   City and County: FISHERS, HAMILTON
   State and Zip Code: INDIANA, 46037
   Telephone Number: 317-519-2399
   E-mail Address: zamariascastle@gmail.com

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1
- Name: GUILLERMO FERNADEZ
- Job or Title *(if known)*: CEO
- Street Address: 6430 EAST 75TH STREET
- City and County: INDIANA, MARION COUNTY
- State and Zip Code: INDIANA, 46250
- Telephone Number: 317-974-5547
- E-mail Address *(if known)*: gfernadez@vanausdall.com

Defendant No. 2
- Name: LESLIE STEVENS
- Job or Title *(if known)*: DIRECTOR OF HUMAN RESOURCES
- Street Address: 6430 EAST 75TH STREET
- City and County: INDIANA, MARION COUNTY
- State and Zip Code: INDIANA, 46250
- Telephone Number: 317-4762263
- E-mail Address *(if known)*: lstevens@vanausdall.com

Defendant No. 3
- Name: LISA CLARK
- Job or Title *(if known)*: DIRECTOR OF OPERATIONS
- Street Address: 6430 EAST 75TH STREET
- City and County: INDIANAPOLIS, MARION COUNTY
- State and Zip Code: INDIANA, 46250
- Telephone Number: 317-974-7308
- E-mail Address *(if known)*: AClark@vanausdall,com

Defendant No. 4
- Name: CHERYL CABRERA
- Job or Title *(if known)*: SUPERVISOR
- Street Address: 6430 EAST 75TH STREET
- City and County: INDIANAPOLIS, MARION COUNTY
- State and Zip Code: INDIANA, 46250
- Telephone Number: 765-274-3810
- E-mail Address *(if known)*: CCabrera@vanausdall.com

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | VAN AUSDALL & FARRAR |
| Street Address | 6430 EAST 75TH STREET |
| City and County | INDIANAPOLIS, MARION COUNTY |
| State and Zip Code | INDIANA, 46250 |
| Telephone Number | 317-751-7937 / 317458-5826 |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☒ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☒ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☒ Other federal law *(specify the federal law)*:
1ST AMENDMENT, 14TH AMENDMENT,

☐ Relevant state law *(specify, if known)*:

☐ Relevant city or county law *(specify, if known)*:

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☒ Termination of my employment.
- ☒ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☒ Unequal terms and conditions of my employment.
- ☒ Retaliation.
- ☒ Other acts *(specify)*: HARSSMENT, VIOENCE, DISCRIMINATION, OFFENSIVE AND INAPPROPRITE BEHAVIOR, VICTIMIZATION, HOSTILE. Racial bias

(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)

B. It is my best recollection that the alleged discriminatory acts occurred on date(s) 11/1/2022

C. I believe that defendant(s) *(check one)*:
- ☐ is/are still committing these acts against me.
- ☒ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:
- ☒ race          ~~WHITE~~ Black
- ☐ color
- ☒ gender/sex    FEMALE
- ☐ religion
- ☐ national origin
- ☒ age (year of birth)   3~~4~~5   *(only when asserting a claim of age discrimination.)*
- ☐ disability or perceived disability *(specify disability)*

E. The facts of my case are as follows. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

PLEASE SEE ATTACHMANT.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

12/3/2022 IT'S STILL IN THE PROCESS.

B. The Equal Employment Opportunity Commission *(check one)*:

☒ has not issued a Notice of Right to Sue letter.

☐ issued a Notice of Right to Sue letter, which I received on *(date)* _____.

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.

☒ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

I AM ASKING FOR 50.000,FOR LOST OF WAGES, SEVERE PAIN, AND ANGRISH. I STARED TO HAVE CHEST PAIN AND, HARD TIME SLEEPING AT NIGHT EVEN WORSE.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  2/17/2023

Signature of Plaintiff  
Printed Name of Plaintiff  CARMEN GREEN

### B. For Attorneys

Date of signing:

Signature of Attorney  
Printed Name of Attorney  
Bar Number  
Name of Law Firm  
Street Address  
State and Zip Code  
Telephone Number  
E-mail Address

Carmen Green

10254 Toll House Way

Fishers, Indiana 46037

Vs.

Van Ausdall & Farrar

6430 E 75th Street

Indianapolis Indiana 46250

PH.# 317-974-7206

**WHO (all who is involved, and I've talked to)**

Carmen Green- complained and victim

Leslie Stevens – Head of HR/ HR Dictator / LStevens@vanausdall.com

Brianna Foreman – Assistant HR Dictator/ BForeman@vanausdall.com

Cheryl Cabrera – Supervisor

Lisa last names unknow - Cheryl Cabrera boss

Debbie last names unknow – personal witnessed it all

Melissa Colman- Witness

Malia last names unknow – Perpetrator/ Complaint about

**WHAT, WHEN , WHY ( what is complaints about)**

Start date of employment September 19,2022 to ~~present~~ 12/3/2022

Started 10/27/2022

Last date of events 11/23/2022

On 10/27/2022, Malia took a tone with me when it was my day to finish scanning my job. I arrived to work Malia told me that I need to finish my scanning job from the day before. I looked on my desk and the scanning job from the previous day before which was 10/26/22 was on my desk. But it was not an order it was out of order.

With a polite tone I said to Malia that this was out of order this is not how I left it I remember the last page that I can't because they had scanned in wrong because whoever prepped it prepped it wrong. So, at the end of the day on the 26th I just left the scanning job on the printer. I was not made aware that I needed to move the scanning job before leaving the scanning station.

Malia begins to rase her voice and said that she knew that they put it over there and that's how it was. I began to explain to her that that's not how it was because I believe I had already scanned that before. And I remember the last page that was on top because whoever prepped it again prepped it wrong.

We go over to the scanner me and Malia and while at the scanner it seems like Malia had an attitude and her voice elevated towards me. Taking a nasty tone against me that was very unacceptable. I began to be very upset at her tone because I felt like it was unwanted unwelcome, and very disrespectful because I am not a child. I'm still calm. Note: another employee felt that she had some sort of an attitude the day before as well. Debbie)

I finished my scan job after we slightly figured it all out. I was told that I was going to prep I believe. So, I begin to do the job that I was instructed to do. But I was very upset because I knew if I said something that I would be retaliated against. Seeing how Cheryl and Malia seem to be very buddy, buddy.

In the process of prep and I came across something that I needed assistance with, so I walked over to Cheryl's office because that's where Malia and Cheryl were. Up on proteins Cheryl's door I hear Malia slightly explain the situation. I believe at that time Cheryl should have said both of us down and had a conversation with us. As the manager and should be the non-biased person involved.

I believe the reason Cheryl does not and did not take these approaches because she needs Malia so that she can properly do her job. And how she sees it as I'm the new employee and I can't be believed because I haven't built up that kind of trust yet. And again, like I said she needs Malia to help her do her job

So all that day I was very angry at the situation. And then the next day, which was October 28,2022, I was still very upset because Malia began to speak to me as if she did not offend me or hurt me the day prior too without any sort of fake apology or real apology.

And as far as them claiming that I continue to say that the job is born. Other employees that were in the room that sit near me were having a conversation about how born the job was I chimed in and said yes, it is a boring job. But it is a very laid back and easy job and I'm used to doing very strenuous jobs that I would have to get used to this.

I became very angrier when Cheryl continues to pressure the idea and then talk to me like I was

a child and asking me "if I need to walk away". So, I reply with my age telling her if I needed to walk away that I could. I began to shut down this is my defense.

Again, Cheryl escalated this to HR making it seem like the reason I was angry because the job was boring. When that was farthest from the truth, Cheryl knows what happened what was going on and yet she sat there and played like she didn't.

Because not one time when we were talking to HR did Cheryl mention the incident the day before and how it made me upset after it took place. Nor, did Cheryl mentioned that she did not pull us into her office or to the side to have a conversation about it.

Again, I believe Cheryl did not do this because she needs Malia to do her job. So, if she wraps a man's Malia for doing something inappropriate and unaccepted and unnecessary. Then Malia would not be subjected to help her do her job effectively.

### AND

Monday November 21, 2022, Malia return to work. After being off for 3 weeks. She was supposed to be gone 4 to 8 weeks because of her surgery. I have been sick off and on throwing up every day before work. I had to scan that morning I had an issue on the scanner. Ask Cheryl to come helps me she asked Malia to come help. I got very upset, and I said I don't want to work with her because she's been very nasty to me. Cheryl had Malia do the insert. I was to follow Cheryl to her office. While in Cheryl's office she begins to ramp them. About a bunch of stuff that didn't make any sense in a relevance to what was going on. At one point it seemed like she was blaming me for Malia being mean to me as if I done something to her. When in fact I've done nothing to this lady I don't know her. I was in her office I don't know maybe an hour. I told her that I need to talk to HR she basically brushed that off. She proceeds to talk and kind of force me into telling what's been going on. She basically began to explain to me how I need to do things a certain way that I'm not custom of doing. When I'm upset, I shut down, and I freeze up. She basically was telling me that I could not do that. Well, this is how I was perceiving it. She said it multiple times in different ways, and I perceived at the same way. I was the instructor to go back in there and to do my job. I had the biggest headache and stomach pain from anxiety of just being in the same space as her. I feel like now at this point I am afraid of her and she's going to retaliate against me. Later on, that day right before the end of the day I was told to go to Cheryl's boss office. Where I was instructed not to come to work on November 22, 2022, but Malia was allowed to come to work this was the same day of the works Thanksgiving celebration. When I return to work on November 23,2022, I was greeted at the door at 7:50 something a.m. by Cheryl. Cheryl took me to her office where I said until a little after 8:00 a.m. waiting on Cheryl's boss to get there. Maybe 10 after 8:00 a.m. we went to Cheryl's boss office. She basically told me that Malia agreed that she was being nasty to me. And basically, that I have to suck it up and work with her because Malia apologized and at my mental expense they want to see if Malia is going to do as she says, "work with me"! Malia agrees to work with me when I've done nothing wrong to her. There were so many other comments and statements made roughly over an hour or so. The statement that bothered me was that it's up to me now because Malia agrees to "work with me"! All because she apologized. I told him that I am afraid of her, and I was basically told to suck it up. Cheryl's boss made the statement that she knows Malia and Malia would not do anything to hurt me. She wouldn't do anything to lose her job.

Given that statement they should have known that she would lie and say anything not to lose her job. I begin to cry after she made the statement Cheryl's boss. Said:" Malia is entitled to a toxic free work environment" said" and don't go in there make everybody feel uncomfortable creating a toxic environment for Malia and everyone else". Malia on Monday November 21, 2022, and Wednesday, November 23,2022, followed me to the bathroom. On the 23rd of November 2022, I had Debbie come with me to the bathroom and a few seconds later here come Malia. This is her way of taunting and antagonizing me since I told. And I told you that if she knew her friends would ignore it and I will be retaliated against for telling. I have made mention to Cheryl's boss that Malia followed me to the bathroom. exactly what I'm getting from Malia. I have asked to go to a different department because I mentally, emotionally, and psychologically cannot work around this woman I am terrified of her. To the point that I'm crying all day at work on Monday I'm crying all day at home on Tuesday(even though I was told this day would be paid) almost all day on Wednesday from November 21st to the 23rd, 2022. I was sick November 24,2022 through November 27, 2022, crying off and on was in the bed all days.

This could just be a bias and or bully employee. I know that I am the only person that look different, and this is happening to me. This is stop.

**WORK ENVIRONMENT**

# Harassment (EEOC WEBSET)

Harassment is a form of employment discrimination that violates Title VII of the Civil Rights Act of 1964, the Age Discrimination in Employment Act of 1967, (ADEA), and the Americans with Disabilities Act of 1990, (ADA).

Harassment is unwelcome conduct that is based on race, color, religion, sex (including sexual orientation, gender identity, or pregnancy), national origin, older age (beginning at age 40), disability, or genetic information (including family medical history). Harassment becomes unlawful where 1) enduring the offensive conduct becomes a condition of continued employment, or 2) the conduct is severe or pervasive enough to create a work environment that a reasonable person would consider intimidating, hostile, or abusive. Anti-discrimination laws also prohibit harassment against individuals in retaliation for filing a discrimination charge, testifying, or participating in any way in an investigation, proceeding, or lawsuit under these laws; or opposing employment practices that they reasonably believe discriminate against individuals, in violation of these laws.

Petty slights, annoyances, and isolated incidents (unless extremely serious) will not rise to the level of illegality. To be unlawful, the conduct must create a work environment that would be intimidating, hostile, or offensive to reasonable people.

Offensive conduct may include, but is not limited to, offensive jokes, slurs, epithets, or name calling, physical assaults or threats, intimidation, ridicule or mockery, insults or put-downs, offensive objects or pictures, and interference with work performance. Harassment can occur in a variety of circumstances, including, but not limited to, the following:

- The harasser can be the victim's supervisor, a supervisor in another area, an agent of the employer, a co-worker, or a non-employee.
- The victim does not have to be the person harassed, but can be anyone affected by the offensive conduct.
- Unlawful harassment may occur without economic injury to, or discharge of, the victim.

Prevention is the best tool to eliminate harassment in the workplace. Employers are encouraged to take appropriate steps to prevent and correct unlawful harassment. They should clearly communicate to employees that unwelcome harassing conduct will not be tolerated. They can do this by establishing an effective complaint or grievance process, providing anti-harassment training to their managers and employees, and taking immediate and appropriate action when an employee complains. Employers should strive to create an environment in which employees feel free to raise concerns and are confident that those concerns will be addressed.

Employees are encouraged to inform the harasser directly that the conduct is unwelcome and must stop. Employees should also report harassment to management at an early stage to prevent its escalation.

## RESOLUTION

We were all required to participate in harassment and discrimination training.

So, we all know what this is and what it looks like in the workplace. Was never told nor shown what would happen if one employee would to act in such behavior(s) towards another employee.

I am permitted to work in a toxic free work environment just like all employees working for a company.

I have not been treated like this is a fact and a fact of law.

Melia needs to receive some form of a disciplinary action.

such as:

Verbal warning date: 11/22/2022 and Harassment and Discrimination Training 11/2022

A written warning/ written suspension or termination

This is due to the fact that she followed me to the bathroom again after she was notified of her bad behavior that caused an employee myself mental, emotional and psychological distress. I have reached out to a counselor for this stress that has occurred at my place of work.

Debbie was in the bathroom the second time Melia followed me to the bathroom. This was on November 23, 2022.