UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CARMEN GREEN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VAN AUSDALL & FARRAR, INC et al., )<br>)<br>Defendants. ) | No. 1:23-cv-00328-RLY-MG |

# FINAL JUDGMENT

In today's Entry, the court dismissed all of Plaintiff's claims. In doing so, the court resolved all of the outstanding issues in the case. Accordingly, the court now enters final judgment for the Defendants and against Plaintiff.

**IT IS SO ORDERED** this 14th day of March 2023.

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Mail to:

Carmen Green
10254 Toll House Way
Fishers, IN 46037